BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
PATRICK R. DELAHUNTY (CABN 257439)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
Email: Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-00211-LHK |
|---|---|
| Plaintiff, | ) MOTION FOR PRE-TRIAL MENTAL HEALTH EXAMINATION FOR DETERMINATION OF THE EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE AND TO DETERMINE WHETHER THE DEFENDANT IS COMPETENT TO STAND TRIAL |
| v. | |
| VILASINII GANESH, | |
| Defendant. | |
| | ) The Hon. Lucy H. Koh |

## I. INTRODUCTION

The United States hereby respectfully moves this Honorable Court, pursuant to Title 18, United States Code, Sections 4241(a) and 4242(a), and Federal Rules of Criminal Procedure l2.2(c), for a pretrial mental health examination of the defendant to determine whether she was insane at the time of the offense alleged in the indictment pending against the defendant, and if she is competent to stand trial. As grounds for this motion, the United States represents to this Court that:

1. The Defendant has filed a Notice of Insanity Defense pursuant to Federal Rules of Criminal

1

Procedure 12.2(a), thereby placing the United States on notice that the defendant may rely on the defense of insanity at the time of the alleged offense and may introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of the defendant's guilt.

2. Upon the filing of such a notice by the defendant, the United States, pursuant to Title 18, United States Code, Section 4242(a), is entitled to a court-ordered mental health examination of the defendant in order to determine whether or not she was insane at the time of the alleged offenses.

3. Based upon the defendant's stated intention to present expert testimony bearing on the issue of insanity at the time of the alleged offenses in the indictment, the United States submits that it would be prudent to include in any mental health examination an inquiry into the competence of the defendant to stand trial.

Accordingly, it is respectfully requested that the defendant be ordered to undergo a mental health examination pre-trial in order to determine the existence of insanity at the time of the alleged offenses and to determine the defendant's competence to stand trial.

DATED: 4/7/17                                    Respectfully submitted,

                                                 BRIAN J. STRETCH
                                                 United States Attorney


                                                  /s/
                                                 JEFFREY D. NEDROW
                                                 PATRICK R. DELAHUNTY
                                                 Assistant United States Attorneys