BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
PATRICK DELAHUNTY (CABN 257439)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
Email: Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00211-LHK |
| Plaintiff, | [PROPOSED] ORDER FOR HEALTH EXAMINATION FOR DETERMINATION OF THE EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE AND TO DETERMINE WHETHER THE DEFENDANT IS COMPETENT TO STAND TRIAL |
| v. | |
| VILASINI GANESH, | |
| Defendant. | |

The United States has filed a motion with the Court pursuant to Title 18, United States Code, Sections 4241(a) and 4242(a), and Federal Rule of Criminal Procedure l2.2(c), for a pretrial mental health examination of defendant Vilasini Ganesh to determine whether she was legally insane at the time of the offense alleged in the indictment pending against the defendant, and if she is competent to stand trial.  As grounds for its motion, the United States notes that defendant Ganesh has filed a notice of insanity defense pursuant to Federal Rule of Criminal  Procedure 12.2(a), thereby placing the United States and the Court on notice that the defendant may rely on the defense of insanity at the time of the

alleged offense and may introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of the defendant's guilt.

The Court agrees that in light of the defendant's filing, the United States, pursuant to Title 18, United States Code, Section 4242(a), is entitled to a court-ordered mental health examination of the defendant in order to determine whether or not she was legally insane at the time of the alleged offenses.

Accordingly, upon motion of the government, and good cause appearing, IT IS HEREBY ORDERED that a pretrial mental health examination of defendant Vilasini Ganesh shall be undertaken pursuant to 18 U.S.C. Sections 4241(a) and 4242(a), for the dual purpose of determining: (1) whether the defendant was legally insane at the time of the offense alleged in the indictment; and (2) if she is competent to stand trial.  It is further ORDERED that the mental health professional designated by the government shall prepare a report following the above-ordered mental health examination and file that report with the Court, and provide it to the parties, in accordance with the requirements of 18 U.S.C. Section 4247(b) and (c).

IT IS SO ORDERED.


____4/10/17____
Dated

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Judge