```
              IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION




UNITED STATES OF AMERICA,      )  CR-16-00211-LHK
                               )
              PLAINTIFF,       )  SAN JOSE, CALIFORNIA
                               )
           VS.                 )  JANUARY 18, 2017
                               )
GANESH, ET AL,                 )  PAGES 1-18
                               )
              DEFENDANT        )
                               )
                               )
_____)


                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE LUCY H. KOH
                   UNITED STATES DISTRICT JUDGE


   A P P E A R A N C E S:

    FOR THE PLAINTIFF:        BY:  JEFF NEDROW
                              U.S. ATTORNEY'S OFFICE
                              150 ALMADEN BLVD., STE 900
                              SAN JOSE, CA  95113


    FOR THE DEFENDANT:        BY:  NAOMI SAEYOUNG CHUNG
    BELCHER                   PIER 9, SUITE 100
                              THE EMBARCADERO
                              SAN FRANCISCO, CA 94111


              APPEARANCES CONTINUED ON NEXT PAGE

    OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1    FOR THE DEFENDANT:      BY: OKSANA TSYKOVA
      GANESH                  LAW OFFICE OF DANIEL HOROWITZ
 2                            P.O. BOX 1547
                              LAFAYETTE, CALIFORNIA 94549
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
              1         SAN JOSE, CALIFORNIA                 JANUARY 18, 2017
              2                        P R O C E E D I N G S
10:11:01      3         THE CLERK:  CALLING CALLING 16-CR-00211.
10:11:26      4         UNITED STATES OF AMERICA VERSUS VILASINI GANESH AND
10:11:30      5    GREGORY BELCHER.
10:11:32      6         COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.
10:11:32      7              MR. NEDROW:  GOOD MORNING, YOUR HONOR.
10:11:33      8         JEFF NEDROW FOR THE UNITED STATES.
10:11:34      9              MS. TSYKOVA:  GOOD MORNING, YOUR HONOR.
10:11:37     10         OKSANA TSYKOVA SPECIALLY APPEARING FOR DANIEL HOROWITZ FOR
10:11:42     11    VILASINI GANESH WHO IS PRESENT OUT OF THE CUSTODY.
10:11:44     12              MS. CHUNG:  NAOMI CHUNG APPEARING FOR GREGORY
10:11:47     13    BELCHER.
10:11:48     14              THE COURT:  GOOD MORNING AND WELCOME.  IF YOU WOULD
10:11:50     15    GIVE ME JUST A MINUTE, PLEASE, SO I CAN UPDATE MY NOTES HERE.
10:11:55     16         I HAVE MS. OKSANA TSYKOVA SPECIALLY APPEARING FOR DANIEL
10:11:39     17    HOROWITZ FOR VILASINI GANESH.
10:12:12     18         AND I HAVE MS. NAOMI CHUNG WHO IS HERE ON BEHALF OF
10:12:20     19    MR. BELCHER.
10:12:27     20         OKAY.  ALL RIGHT.  THIS IS ON FOR A TRIAL SETTING.  HAVE
10:12:32     21    YOU ALL AGREED UPON A DATE?
10:12:36     22              MR. NEDROW:  YOUR HONOR, WE HAD SOME DISCUSSIONS
10:12:39     23    ABOUT SOME DATES THAT MIGHT WORK, MS. CHUNG AND I.  I'M NOT
10:12:42     24    CERTAIN ABOUT MR. HOROWITZ'S AVAILABILITY, AND I'M GOING TO
10:12:45     25    DEFER TO COUNSEL ON THAT WITH HER POSITION.
```

```
10:12:48   1              MS. TSYKOVA:  YOUR HONOR, MY UNDERSTANDING FROM MR.
10:12:51   2    HOROWITZ IS THAT THE PARTIES HAVE BEEN WORKING DILIGENTLY.
10:12:54   3    THERE IS VOLUMINOUS DISCOVERY IN THIS CASE.
10:12:57   4         I ALSO UNDERSTAND THAT HE IS PREPARED TO STREAMLINE THE
10:13:01   5    CASE AS MUCH AS POSSIBLE SO THE TRIAL TAKES 5 OR 7 DAYS INSTEAD
10:13:06   6    OF MONTHS.
10:13:07   7         FOR THAT PURPOSE, WE HAVE DISCLOSED OUR EXPERT TO THE U.S.
10:13:10   8    ATTORNEY'S OFFICE.  WE HAVE AGREED FOR THEM TO MEET WITH THE
10:13:13   9    EXPERT.  HOWEVER, THERE'S JUST A HUGE VOLUME OF DISCOVERY, AND
10:13:19  10    MR. HOROWITZ IS THE ONLY ATTORNEY ON THE CASE AT THE MOMENT.
10:13:23  11         SO ACTUALLY, HIS REQUEST AT THE MOMENT IS TO HAVE ANOTHER
10:13:27  12    TRIAL SETTING IN APRIL WITH AN UNDERSTANDING THAT THE TRIAL
10:13:29  13    WILL BE SET AT THE END OF THE YEAR, OCTOBER OR NOVEMBER.  HE'S
10:13:32  14    NOT AVAILABLE ALL SUMMER.  HE WILL BE OUT OF THE COUNTRY.  SO
10:13:35  15    THAT'S HIS REQUEST TODAY TO THIS COURT.
10:13:40  16         HE'S ALSO ASKED ME TO TELL THE COURT THAT THERE MAY BE A
10:13:43  17    MENTAL STATE DEFENSE AS TO MS. GANESH.  SHE HAS BEEN EVALUATED
10:13:47  18    BY A PROFESSIONAL.  AND SO THAT COMPLICATES MATTERS SOMEWHAT AS
10:13:50  19    WELL.
10:13:51  20         SO WE ARE ASKING, AGAIN, TO HAVE A TRIAL SETTING IN APRIL.
10:13:55  21    AND HIS GOAL IS TO HAVE THE CASE TO TRIAL AND STREAMLINED AND
10:13:59  22    TAKE 5 TO 7 DAYS AT THE END OF THE YEAR.
10:14:03  23              THE COURT:  ALL RIGHT.  THAT REQUEST IS DENIED.
10:14:04  24         ON SEPTEMBER 14, 2016, I SET JANUARY 11, 2017 AS A TRIAL
10:14:09  25    SETTING.
```

```
10:14:11   1              MS. TSYKOVA:  I UNDERSTAND, YOUR HONOR.
10:14:11   2              THE COURT:  OKAY.  THAT WAS FOUR MONTHS AGO.
10:14:13   3         THE FIRST APPEARANCE BEFORE ME WAS JUNE 29TH OF 2016.
10:14:16   4    IT'S BEEN SEVEN MONTHS, IT'S TIME TO SET A TRIAL DATE, SO WE
10:14:20   5    ARE DOING THAT TODAY.
10:14:21   6              MS. TSYKOVA:  I UNDERSTAND.
10:14:22   7              THE COURT:  I HOPE YOU ARE PREPARED TO PROVIDE
10:14:24   8    MR. HOROWITZ'S DATES.  HE DIDN'T MAKE AN APPEARANCE ON JUNE 29,
10:14:29   9    2016, AND HE ALSO WAS NOT HERE ON SEPTEMBER 24, 2016.  YOU MADE
10:14:33  10    SPECIAL APPEARANCES FOR HIM THOSE PREVIOUS TIMES.
10:14:36  11         I HOPE HE HAS PREPARED, TODAY, HIS DATES OF AVAILABILITY
10:14:39  12    BECAUSE THIS IS A TRIAL SETTING.  HAS HE?
10:14:41  13              MS. TSYKOVA:  YOUR HONOR, I JUST WANT, FOR THE
10:14:43  14    RECORD, TO SAY HE'S IN FRONT OF JUDGE BREYER THIS VERY MOMENT.
10:14:45  15    HE INTENDED TO BE HERE TO SPEAK WITH THE COURT AND DISCUSS THE
10:14:48  16    DATES.
10:14:49  17         AS I STATED, HIS DATES ARE OCTOBER AND NOVEMBER OF THIS
10:14:53  18    YEAR.  IF THE COURT WANTS TO SET A TRIAL DATE, THAT IS HIS
10:14:57  19    REQUEST.  HE'S OUT OF THE COUNTRY ALL OF SUMMER AND SO I DON'T
10:15:01  20    HAVE SPECIFIC DATES IN MIND, BUT THE MONTHS OF OCTOBER AND
10:15:04  21    NOVEMBER IS WHAT HE'S ASKING FOR.
10:15:06  22              THE COURT:  OKAY.
10:15:08  23              MS. CHUNG:  YOUR HONOR, IF I MAY INTERJECT.
10:15:11  24         MR. HOROWITZ, MYSELF AND MR. NEDROW DID HAVE A CONFERENCE
10:15:15  25    CALL EARLIER THIS WEEK AND WE DID THINK IT WOULD BE BENEFICIAL
```

```
10:15:18   1    TO SET ANOTHER TRIAL SETTING DATE, EVERYTHING THAT OKSANA HAS
10:15:24   2    STATED.
10:15:24   3            THE COURT:  I'M SORRY, THAT'S DENIED.
10:15:26   4        I SAID ON SEPTEMBER 14, 2016, WE WOULD BE HAVING A TRIAL
10:15:30   5    SETTING IN FOUR MONTHS ON JANUARY 11TH OF 2017.
10:15:33   6        YOU ASKED FOR A CONTINUANCE FROM LAST WEEK, JANUARY 11TH,
10:15:37   7    TO TODAY, JANUARY 18TH.  I THAT I GRANTED.  BUT TODAY IS A
10:15:40   8    TRIAL SETTING.
10:15:42   9        OKAY.  IT'S BEEN SEVEN MONTHS.  IT'S TIME TO SET A TRIAL
10:15:45  10    DATE.  PLEASE GIVE ME YOUR DATES, OTHERWISE I WILL SET DATES.
10:15:52  11            MS. TSYKOVA:  JUST FOR THE RECORD, I THINK THE U.S.
10:15:55  12    ATTORNEY'S OFFICE WAS AGREEABLE TO STIPULATE TO ANOTHER TRIAL
10:15:58  13    SETTING, BUT SETTING THAT ASIDE, I WILL DEFER --
10:16:01  14            THE COURT:  WELL, THE GOVERNMENT'S REQUEST FOR A
10:16:03  15    CONTINUANCE OF TRIAL SETTING IS ALSO DENIED.  IT IS UNIVERSALLY
10:16:07  16    DENIED.  TODAY IS A TRIAL SETTING.  I GAVE YOU FOUR MONTHS
10:16:11  17    NOTICE THAT TODAY WOULD BE A TRIAL SETTING, THAT'S WHAT THIS
10:16:13  18    IS.  SO I WOULD LIKE TO HAVE YOUR DATES.  I WOULD LIKE TO
10:16:16  19    ACCOMMODATE YOUR SCHEDULES, OTHERWISE I WILL SET A DATE.
10:16:19  20            MS. CHUNG:  WE WOULD LIKE FOR SOME TIME IN OCTOBER,
10:16:21  21    NOVEMBER AS WELL.
10:16:22  22            MS. TSYKOVA:  AND YOUR HONOR --
10:16:23  23            THE COURT:  THAT SHOULD BE FINE.
10:16:24  24            MS. TSYKOVA:  JUST FOR THE RECORD ALSO, IT MAY TAKE
10:16:28  25    MORE THAN 5 TO 7 DAYS, DEPENDING ON HOW THINGS EVOLVE.
```

```
10:16:32   1              THE COURT:  THAT'S FINE.  I HAVE TRIALS SET FROM
10:16:35   2   OCTOBER THROUGH MARCH, ALL CRIMINAL CASES.  I WILL ACCOMMODATE
10:16:38   3   WHAT YOU NEED.  IF YOU NEED MORE THAN 5 TO 7 DAYS, WE CAN
10:16:43   4   ACCOMMODATE YOU.
10:16:43   5              MS. TSYKOVA:  WE WERE HOPING TO STREAMLINE IT, BUT
10:16:45   6   THAT MAY BE THE CASE.
10:16:46   7              MR. NEDROW:  WELL, I WOULD LIKE TO SPEAK BRIEFLY ON
10:16:48   8   THE SCHEDULING, YOUR HONOR.  AND I APPRECIATE THAT MS.
10:16:52   9   OKSANA -- I'M SORRY, I APOLOGIZE, MS. --
10:16:54  10              MS. TSYKOVA:  TSYKOVA.
10:16:56  11              MR. NEDROW:  MS. TSYKOVA WAS NOT ON THE CONFERENCE
10:16:58  12   CALL WITH MR. HOROWITZ, BUT THERE WAS COMMUNICATION ON THAT.
10:17:04  13         THERE'S A HOPE, AND IT'S ABSOLUTELY WHAT WE ARE GOING TO
10:17:07  14   PURSUE BETWEEN NOW AND THE OCTOBER OR NOVEMBER TRIAL DATE, THAT
10:17:09  15   WE CAN MEET AND AGREE TO THINGS THAT WILL EXPEDITE THE TRIAL
10:17:13  16   AND SO FORTH.
10:17:13  17         BUT ABSOLUTELY NO AGREEMENT WAS REACHED ON THAT.  AND
10:17:16  18   MR. HOROWITZ'S REQUEST IS THAT WE STREAMLINE ALL THOSE THINGS
10:17:21  19   DOWN, AND OF COURSE WE WANT TO DO THAT AS WELL.
10:17:24  20         BUT I THINK OUT OF AN ABUNDANCE OF CAUTION, WE SHOULD SET
10:17:28  21   SOMETHING MORE PROBABLY IN THE 3 TO 4-WEEK RANGE, JUST BECAUSE
10:17:31  22   IT'S TRUE THAT THERE ARE A LOT OF DOCUMENTS IN THIS CASE.
10:17:33  23         NOW I THINK IF WE CAN REACH SOME AGREEMENTS ON GETTING IN
10:17:36  24   A BUNCH OF PATIENT RECORDS, HEALTH CARE FRAUD CASE, BILLING
10:17:41  25   RECORDS, WE DEFINITELY COULD STREAMLINE IT AND EXPEDITE IT, BUT
```

```
10:17:44   1    THOSE AGREEMENTS ARE ON PLACE RIGHT NOW.
10:17:49   2         AS FAR AS THE SCHEDULING, YOUR HONOR, OCTOBER/NOVEMBER IS
10:17:51   3    FINE FOR THE GOVERNMENT.  THERE'S ONE DATE I KNOW NOW,
10:17:54   4    ACTUALLY, I'M GOING TO BE UNAVAILABLE, WHICH IS A FRIDAY
10:17:59   5    OCTOBER 27TH.
10:17:59   6         SO MY REQUEST WOULD BE THAT WE COULD BE DARK ON THE 27TH
10:18:04   7    BECAUSE I KNOW I HAVE A COMMITMENT OUT OF TOWN THAT DAY.  BUT
10:18:07   8    OTHERWISE, STARTING EARLY OCTOBER AND GOING INTO NOVEMBER IS
10:18:10   9    FINE FROM THE GOVERNMENT'S PERSPECTIVE.
10:18:12  10              THE COURT:  OKAY.
10:18:15  11         AND WAS THERE A PARTICULAR DATE IN OCTOBER THAT YOU ALL
10:18:18  12    WANTED TO BEGIN?
10:18:28  13              MS. TSYKOVA:  YOUR HONOR, CAN WE ASK FOR A NOVEMBER
10:18:31  14    DATE, IF THAT'S AGREEABLE WITH THE COURT, SINCE MR. NEDROW IS
10:18:36  15    NOT AVAILABLE THE 27TH?
10:18:38  16              THE COURT:  I THOUGHT YOU WANTED OCTOBER?
10:18:39  17         IF IT'S 3 TO 4 WEEKS, I DON'T WANT TO HIT THANKSGIVING.
10:18:43  18    AND MY CONCERN WITH NOVEMBER IS WE WILL, UNFORTUNATELY, RUN
10:18:47  19    INTO THANKSGIVING.
10:18:49  20         SO LET'S START IN OCTOBER.  UNFORTUNATELY, I HAVE GAPS
10:18:53  21    BECAUSE I DON'T HAVE TRIAL ON WEDNESDAYS AND THURSDAYS.  I KEEP
10:18:57  22    MY CIVIL AND CRIMINAL LAW AND MOTION AND CASE MANAGEMENT
10:19:00  23    CONFERENCES GOING WHEN I'M IN TRIAL.  SO IT'S ONLY MONDAY,
10:19:04  24    TUESDAY, FRIDAY.
10:19:05  25         I COULD START EARLY ON OCTOBER 2ND.  IF YOU WANTED TO
```

```
10:19:10   1    START TOWARDS THE END OF THE MONTH, THAT'S OKAY TOO.
10:19:15   2             MS. CHUNG:  COULD WE ACTUALLY START THE SECOND WEEK
10:19:17   3    OF OCTOBER, IF THAT'S OKAY?
10:19:24   4             MS. TSYKOVA:  HOW ABOUT THE 23RD, YOUR HONOR, WITH AN
10:19:27   5    UNDERSTANDING THAT THE 27TH WILL BE DARK?
10:19:31   6             THE COURT:  OKAY.  I THINK THE 23RD, 24TH WOULD BE
10:19:46   7    OKAY, AND THEN WE WOULD DO THE 30TH AND 31ST.  AND I APOLOGIZE
10:19:52   8    WE HAVE GAPS SINCE WE KEEP OUR OTHER CALENDARS GOING ON
10:19:55   9    WEDNESDAYS AND THURSDAYS.
10:20:09  10        I THINK THE JUDGE'S MEETING IS THE 18TH AND 19TH, CORRECT?
10:20:14  11    OF OCTOBER.  SO IF WE START ON THE 23RD, THAT WILL NOT
10:20:17  12    INTERFERE WITH THAT.
10:20:31  13        LET ME JUST GO GRAB IT, I THINK THAT MIGHT BE BEST.
10:20:33  14    EXCUSE ME.  THE 23RD AND 24TH IS FINE.  WE WILL SKIP THE 27TH
10:21:26  15    BECAUSE MR. NEDROW IS NOT AVAILABLE.  AND THEN WE COULD DO THE
10:21:31  16    30, 31ST.  AND THEN NOVEMBER 3RD, 6TH, 7TH, THE 10TH IS
10:21:52  17    ACTUALLY VETERAN'S DAY.
10:22:01  18        I'M SORRY THIS IS A CHOPPY SCHEDULE.  13, 14, 17.  20, 21,
10:22:08  19    THAT WOULD BE 12 COURT DAYS.  AND WE GET FIVE AND A HALF HOURS
10:22:18  20    OF TRANSCRIPT TIME IN EACH COURT DAY.  WOULD THAT BE ENOUGH
10:22:21  21    TIME?
10:22:22  22             MR. NEDROW:  I THINK THAT'S ENOUGH TIME, YOUR HONOR,
10:22:24  23    FROM THE GOVERNMENT'S PERSPECTIVE.
10:22:26  24             MS. TSYKOVA:  I WILL DEFER TO MR. HOROWITZ.  I'M NOT
10:22:30  25    SURE AT THIS POINT.
```

```
10:22:30   1              THE COURT:  OKAY.  WELL, THEN LET'S ADD NOVEMBER 27,
10:22:34   2    28, ADD DECEMBER 1ST, IF YOU THINK IT'S NECESSARY TO GO THAT
10:22:39   3    FAR.
10:22:39   4         I WOULD PREFER NOT TO HAVE COURT ON THE WEDNESDAY BEFORE
10:22:42   5    THANKSGIVING, I THINK WE WILL LOSE JURORS, SO I WOULD SKIP
10:22:46   6    BASICALLY OCTOBER 27TH FOR MR. NEDROW, NOVEMBER 10TH FOR
10:22:51   7    VETERAN'S DAY, AND NOVEMBER 22ND AS THE DAY BEFORE
10:22:55   8    THANKSGIVING.
10:22:55   9         SO THAT'S 14 TRIAL DAYS.  AND IF YOU NEED MORE, WE WILL
10:23:05  10    JUST GO INTO DECEMBER.
10:23:08  11              MS. TSYKOVA:  OKAY.
10:23:14  12              THE COURT:  OKAY.  SO THOSE ARE OUR TRIAL DAYS.
10:23:19  13    OCTOBER 23, 24, 30, AND 31.  AND NOVEMBER 3, 6, 7, 13, 14, 17,
10:23:29  14    20, 21, 27 AND 28.
10:23:32  15         NOW I'M ASSUMING IF YOU DO THE STREAMLINING, THAT COULD
10:24:13  16    SHRINK.
10:24:13  17         IT IS ON SATURDAY, BUT I THINK IT'S A FEDERAL HOLIDAY AND
10:24:16  18    SO THEY ARE NOT GOING TO MAKE YOU TAKE THE HOLIDAY ON A
10:24:19  19    SATURDAY, SO I THINK THEY HAVE JUST GIVEN YOU THE FRIDAY
10:24:24  20    BEFORE.
10:24:25  21              MS. CHUNG:  ARE WE MAKING THAT DARK AS WELL?
10:24:27  22              MS. TSYKOVA:  YEAH.
10:24:28  23              MS. CHUNG:  OKAY.
10:24:29  24              THE COURT:  YES, THE DARK DAYS ARE OCTOBER 27TH WHEN
10:24:31  25    MR. NEDROW IS NOT AVAILABLE, NOVEMBER 10TH WHICH IS WHEN THE
```

```
10:24:34   1    COURTHOUSE WILL BE CLOSED, AND THEN NOVEMBER 22ND.  I WILL
10:24:39   2    PROBABLY BE WORKING THAT DAY, BUT I WILL NOT HAVE ANY SECURITY
10:24:42   3    AND WON'T HAVE ANY JURY ASSEMBLY SERVICE.  IT'S PROBABLY BETTER
10:24:46   4    NOT TO DO IT ON A DAY WHEN THE COURT IS CLOSED.
10:24:48   5         THEN NOVEMBER 22ND WHICH IS THE WEDNESDAY BEFORE
10:24:51   6    THANKSGIVING.  THAT WILL ALSO -- THAT ONE IS NOT A FEDERAL
10:24:56   7    HOLIDAY, BUT I SUGGEST WE TAKE IT OFF TO KEEP OUR JURORS HAPPY.
10:25:02   8         OKAY.  NOW I WOULD LIKE TO SET A PRETRIAL CONFERENCE DATE
10:25:04   9    AS WELL.  DO YOU ANTICIPATE THERE BEING MOTIONS THAT HAVE TO BE
10:25:13  10    DECIDED BEFORE THE PRETRIAL CONFERENCE DATE?
10:25:17  11             MR. NEDROW:  YES, I BELIEVE SO.
10:25:19  12             THE COURT:  SHOULD WE SET THAT AS WELL?
10:25:23  13             MR. NEDROW:  SURE.
10:25:23  14             THE COURT:  ALL RIGHT.  SO TELL ME HOW SOON DO YOU
10:25:26  15    WANT THE MOTIONS HEARING?  HOW SOON CAN IT BE BRIEFED?
10:25:34  16             MR. NEDROW:  WELL, YOUR HONOR, I HAVE A COUPLE OF
10:25:37  17    THOUGHTS ON THAT.
10:25:38  18       ONE IS I THINK ON THE LATER SIDE FOR THE MOTIONS IN
10:25:41  19    LIMINE, OF COURSE AS WE GET TO OUR PRETRIAL FILINGS, BUT I DO
10:25:44  20    THINK, AND OF COURSE I WILL DEFER TO COUNSEL, THERE HAS BEEN
10:25:47  21    SOME THOUGHT OF MAYBE A SEVERANCE MOTION OR SOMETHING THAT
10:25:50  22    MIGHT BE BETTER TAKEN UP REALLY AT A PRETRIAL STAGE AS OPPOSED
10:25:54  23    TO MOTIONS IN LIMINE.  AGAIN, I WILL DEFER TO COUNSEL ON THAT.
10:26:02  24             THE COURT:  WELL, YOU SAID MR. HOROWITZ IS NOT
10:26:04  25    AVAILABLE DURING A CERTAIN PERIOD IN THE SUMMER; IS THAT RIGHT?
```

```
10:26:06   1              MS. TSYKOVA:  THAT IS CORRECT.
10:26:07   2              THE COURT:  WHEN IS HE UNAVAILABLE?
10:26:10   3              MS. TSYKOVA:  I BELIEVE HE IS GONE ALL THREE MONTHS
10:26:12   4    OF THE SUMMER.  HE'S OUT OF THE COUNTRY.  HE WILL BE IN ITALY.
10:26:15   5    NOT SURE ABOUT THE SPECIFICS, YOUR HONOR, BUT HE SAID HE'S NOT
10:26:18   6    AVAILABLE.
10:26:18   7              THE COURT:  OKAY.  THEN THE MOTION IS GOING TO BE
10:26:21   8    FULLY DECIDED AND DONE.  SO YOU ARE SAYING HE'S NOT AVAILABLE
10:26:25   9    JUNE, JULY, AUGUST?
10:26:25  10              MS. TSYKOVA:  THAT IS CORRECT.
10:26:26  11              THE COURT:  OKAY.  WELL, THEN LET'S HAVE THIS MOTION
10:26:28  12    HEARD THEN IN APRIL.  JUST SO THERE'S NO PROBLEM.  AND LET'S
10:26:33  13    SET --
10:26:34  14              MS. CHUNG:  COULD WE ACTUALLY SET IT FOR MAY, IF
10:26:37  15    THAT'S OKAY?
10:26:38  16              THE COURT:  IS THAT GOING TO INTERFERE WITH HIS
10:26:40  17    SCHEDULE THOUGH?
10:26:41  18              MS. CHUNG:  IT'S JUST MY SCHEDULE.
10:26:43  19       MARCH AND THE EARLY PART OF APRIL, IT'S A BIT HARD FOR ME.
10:26:48  20    SO JUST TO MAKE IT SAFE, EARLY MAY WOULD BE BETTER FOR ME.
10:26:53  21              THE COURT:  OKAY.  EARLY MAY FOR THE HEARING OR EARLY
10:26:56  22    MAY FOR THE BRIEFING?
10:26:58  23              MS. CHUNG:  THE BRIEFING SCHEDULE.
10:26:59  24              THE COURT:  OKAY.  I'M HAPPY TO SET THE HEARING IN
10:27:02  25    MAY.
```

```
10:27:24   1              (OFF-THE-RECORD DISCUSSION.)
10:27:51   2              THE COURT:  WHAT DATE WOULD YOU LIKE FOR THE HEARING?
10:27:53   3              MS. CHUNG:  I'M FLEXIBLE MOST OF MAY, SO ANY OF THOSE
10:27:56   4    DATES.
10:27:57   5              THE COURT:  OKAY.  WELL, IN TERMS OF THE BRIEFING, IS
10:27:59   6    IT GOING TO BE A SEVERANCE MOTION OR WHAT DO YOU ANTICIPATE?
10:28:04   7              MS. CHUNG:  I THINK THOSE ARE ONE OF THE MOTIONS WE
10:28:05   8    WERE CONSIDERING, BUT I'M NOT SURE ABOUT MR. HOROWITZ.
10:28:10   9              MS. TSYKOVA:  AND I'M NOT SURE, YOUR HONOR, I
10:28:12  10    APOLOGIZE.
10:28:12  11              THE COURT:  OKAY.  SO I WOULD LIKE AT LEAST TWO
10:28:17  12    WEEKS.  NO REPLIES, JUST A MOTION AND OPPOSITION.
10:28:20  13              MR. NEDROW:  YES, THAT'S FINE.
10:28:22  14              THE COURT:  I WOULD LIKE TWO WEEKS WITH THE
10:28:23  15    OPPOSITION, PLEASE, ESPECIALLY IF THERE'S MORE THAN ONE MOTION,
10:28:27  16    IT WOULD BE HELPFUL TO PREPARE.
10:28:29  17         SO YOU TELL ME, I THINK WE ARE FLEXIBLE.  KNOWING YOUR
10:28:34  18    SCHEDULING, WHEN CAN YOU FILE THE MOTION AND OPPOSITIONS?  HOW
10:28:37  19    MUCH TIME WOULD YOU NEED FOR THE OPPOSITION?
10:28:39  20              MR. NEDROW:  YOUR HONOR, WELL, I WOULD LIKE TO ASK
10:28:42  21    FOR TWO WEEKS, IF IT WERE JUST A SEVERANCE MOTION, MAYBE ONE
10:28:45  22    COULD BE FINE, BUT IT SOUNDS LIKE THERE COULD BE SOME OTHER
10:28:49  23    MOTIONS, SO TWO WEEKS WOULD BE MY REQUEST.
10:28:51  24              THE COURT:  THAT'S FINE.
10:28:53  25         SO MAY 17TH AT 9:45 WILL BE THE HEARING.  SO FILE THE
```

```
10:29:01   1    MOTION, PLEASE, ON APRIL 19TH.  AND FILE THE OPPOSITIONS ON
10:29:14   2    MAY 3RD.
10:29:20   3         OKAY.  AND THEN IF MR. HOROWITZ IS GOING TO BE UNAVAILABLE
10:29:25   4    JUNE, JULY AND AUGUST, LET'S SET THE PRETRIAL CONFERENCE --
10:29:33   5    WHAT ABOUT -- LET ME ASK MR. RIVERA, HOW DO WE LOOK ON
10:29:37   6    OCTOBER 4TH?
10:29:39   7         (OFF-THE-RECORD DISCUSSION.)
10:29:44   8              THE COURT:  OKAY.  OCTOBER 4TH, WHICH WOULD BE TWO
10:29:48   9    AND A HALF WEEKS BEFORE THE TRIAL?
10:29:49  10              MR. NEDROW:  THAT WOULD BE FINE, YOUR HONOR.
10:29:51  11              THE COURT:  OKAY.  OCTOBER 4TH AT 9:45 A.M. IS THE
10:29:54  12    PRETRIAL CONFERENCE DATE.
10:29:58  13         AND WE WILL HAVE THE -- THERE ARE GOING TO BE MULTIPLE
10:30:04  14    MOTIONS.  I WOULD LIKE TWO WEEKS.  SO -- DO YOU WANT TWO WEEKS
10:30:13  15    FOR THE OPPOSITIONS?
10:30:14  16         SO I WOULD SAY FILE ALL THE MOTIONS IN LIMINE ON SEPTEMBER
10:30:19  17    THE 6TH.  FILE OPPOSITIONS TO MOTIONS IN LIMINE ON
10:30:25  18    SEPTEMBER 20TH.  NO REPLIES.
10:30:30  19         FILE YOUR VERDICT FORM, PROPOSED VOIR DIRE, PRELIMINARY
10:30:44  20    AND FINAL JURY INSTRUCTIONS, WITNESS LIST, EXHIBIT LIST, AND
10:30:56  21    THEN OPTIONAL TRIAL MEMO.
10:30:59  22         DID I MISS ANYTHING, MR. RIVERA?
10:31:01  23         TRIAL MEMO, EXHIBIT LIST, WITNESS LIST, VERDICT FORM, VOIR
10:31:05  24    DIRE, JURY INSTRUCTIONS.
10:31:07  25              THE CLERK:  WE HAVE EVERYTHING, YOUR HONOR.
```

```
10:31:09   1              THE COURT:  OKAY.  WOULD YOU LIKE TO FILE THOSE ON
10:31:11   2   SEPTEMBER 6TH OR SEPTEMBER 20TH?
10:31:14   3              MS. TSYKOVA:  SEPTEMBER 20TH.
10:31:14   4              MR. NEDROW:  SEPTEMBER 20TH IS FINE.
10:31:17   5         THANK YOU, YOUR HONOR.
10:31:17   6              THE COURT:  OKAY.  THAT'S FINE.  THAT WILL BE
10:31:20   7   SEPTEMBER 20TH.
10:31:20   8         NOW WOULD YOU LIKE AN INTERIM STATUS CONFERENCE BEFORE THE
10:31:23   9   MAY 17TH HEARING DATE?
10:31:24  10              MS. TSYKOVA:  YES, PLEASE.
10:31:25  11              THE COURT:  OKAY.  WHAT DATE WOULD YOU LIKE?
10:31:34  12              MS. TSYKOVA:  APRIL.
10:31:34  13              MR. NEDROW:  YES, APRIL WOULD BE FINE.
10:31:38  14         THANK YOU.
10:31:40  15              THE COURT:  THAT'S FINE.
10:31:52  16              MR. NEDROW:  MAY I REQUEST A DIFFERENT DAY?
10:31:53  17         I APOLOGIZE, ANY DAY IN APRIL IS THE FINE.  THE 5TH OR THE
10:31:58  18   19TH OR THE 26TH.  THANK YOU.  I APOLOGIZE.  I THINK I HAVE A
10:32:02  19   CONFLICT THAT DAY.
10:32:09  20              THE COURT:  WEDNESDAY, APRIL 19TH IS AVAILABLE.
10:32:11  21         OKAY.  NOW THAT IS YOUR MOTION FILING DEADLINE.  I DON'T
10:32:14  22   KNOW IF THAT MATTERS.
10:32:21  23              MS. TSYKOVA:  THE 26TH?
10:32:24  24              THE CLERK:  WEDNESDAY, APRIL 26TH IS PRESENTLY
10:32:27  25   AVAILABLE.
```

| | | |
|---|---|---|
| 10:32:27 | 1 | MR. NEDROW: THAT'S FINE. |
| 10:32:28 | 2 | THE COURT: ALL RIGHT. APRIL 26TH, THAT WILL BE AT |
| 10:32:32 | 3 | 9:45 A.M. |
| 10:32:35 | 4 | ALL RIGHT. ARE YOU REQUESTING A FINDING OF EXCLUDABLE |
| 10:32:38 | 5 | TIME THROUGH THE TRIAL DATE? |
| 10:32:40 | 6 | MS. TSYKOVA: YES, YOUR HONOR. |
| 10:32:40 | 7 | MS. CHUNG: YES, YOUR HONOR. |
| 10:32:41 | 8 | MR. NEDROW: YES. THANK YOU, YOUR HONOR. |
| 10:32:42 | 9 | THE COURT: ALL RIGHT. THE COURT GRANTS THE |
| 10:32:43 | 10 | CONTINUANCE ON THE MOTION OF ALL COUNSEL. THE COURT FINDS THE |
| 10:32:47 | 11 | ENDS OF JUSTICE SERVED IN GRANTING THE CONTINUANCE OUTWEIGH THE |
| 10:32:50 | 12 | BEST INTEREST OF THE PUBLIC, AND BOTH MS. GANESH AND |
| 10:32:55 | 13 | MR. BELCHER IN A SPEEDY TRIAL. |
| 10:32:56 | 14 | A FAILURE TO GRANT THIS CONTINUANCE WOULD UNREASONABLY |
| 10:33:03 | 15 | DENY THE DEFENDANT, MS. GANESH CONTINUITY OF COUNSEL BECAUSE |
| 10:33:07 | 16 | MR. HOROWITZ IS OUT OF THE COUNTRY FOR, AT THIS POINT WE THINK |
| 10:33:09 | 17 | SEVERAL MONTHS DURING THE SUMMER, OR SOME PORTION OF THE |
| 10:33:12 | 18 | SUMMER, AND WOULD DENY COUNSEL FOR THE DEFENDANT AND THE |
| 10:33:15 | 19 | GOVERNMENT REASONABLE TIME NECESSARY FOR EFFECTIVE PREPARATION, |
| 10:33:17 | 20 | TAKING INTO ACCOUNT THE EXERCISE OF DUE DILIGENCE IN LIGHT OF |
| 10:33:20 | 21 | THE NEED FOR ONGOING REVIEW OF DISCOVERY, AS WELL AS |
| 10:33:23 | 22 | PREPARATION OF MOTIONS AND ALL PRETRIAL DOCUMENTS AND |
| 10:33:27 | 23 | PREPARATION FOR TRIAL. |
| 10:33:28 | 24 | SO THE TIME THROUGH AND INCLUDING TODAY, WHICH IS |
| 10:33:31 | 25 | JANUARY 18, 2017 THROUGH OCTOBER 23RD, 2017 TRIAL DATE IS |

```
10:33:35   1      EXCLUDED.
10:33:58   2           ALL RIGHT.  ANYTHING ELSE?
10:33:59   3                MR. NEDROW:  NO.
10:34:00   4      THANK YOU, YOUR HONOR.
10:34:00   5                MS. TSYKOVA:  THANK YOU.
10:34:01   6                MS. CHUNG:  THANK YOU, YOUR HONOR.
10:34:02   7           (THE PROCEEDINGS WERE CONCLUDED AT 10:34 A.M.)
           8
           9
          10
          ...
          25
```

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185          DATED: 8/17/17