# EXHIBIT A

| Date | | | | |
|---|---|---|---|---|
| 2/29/2012 | 99245 | VILASINI M GANESH | $ 300.00 | $ 241.66 |
| 03/05/12 | 99245 | DEWEES EDWARD | $ 300.00 | $ 216.48 |
| 3/6/2012 | 99245 | VILASINI M GANESH | $ 300.00 | $ 241.66 |