# EXHIBIT C

| Date | Code | Name | Amount | Amount 2 |
|---|---|---|---|---|
| 12/29/11 | 99245 | KUHLMAN RILEY DEWEES MD INC | $ 300.00 | $ - |
| 12/29/11 | 99245 | KUHLMAN RILEY DEWEES MD INC | $ 300.00 | $ 216.48 |
| 12/30/11 | 99215 | DEWEES III, EDWARD C | $ 300.00 | $ - |
| 12/30/11 | 93000 | DEWEES III, EDWARD C | $ 100.00 | $ - |
| 12/30/11 | 94200 | DEWEES III, EDWARD C | $ 100.00 | $ - |
| 01/30/12 | 93000 | DEWEES III, EDWARD C | $ 100.00 | $ 28.67 |
| 01/30/12 | 93000 | DEWEES III, EDWARD C | $ (100.00) | $ (28.67) |