# EXHIBIT D

# CAMPBELL MEDICAL GROUP
## Progress Notes

MK

**Patient Name:** ███████  **Date of Birth:** ████  **Age:** ___  **Sex:** ███

**Date:** 1/12/12  **B/P:** 126/70  **P:** ___  **T:** ___  **Wt:** ___  **Ht:** ___  **LMP:** ___

**Allergies:** _____

**Chief Complaint:** Rx Refill Bladder infection
Rx Refill for Janumet, kidney stone.

Here for refill Janumet (50/1000)²

**PMH:** __ Denies __ Reviewed
**Lab & Study Results** __ Reviewed
**Family & Social HX** __ Reviewed

**PMH:** __ Denies

Benicar (40/12.5)
1 tab

**Meds:** Win 40¹
Lyrica 100³
Janumet (50/1000)²

### ROS: Circle if Positive / Cross-Out if Negative

| Eyes | ENT | Const | Cardio | Resp | GI | GU | Muscul | Integ | Neuro | Psych |
|---|---|---|---|---|---|---|---|---|---|---|
| Glaucom | Sore thrt | Wt Chng | CP | SOB | Nausea | Dischrg | Jt Pain | Rash | Weak | Sad |
| Cataract | Dysphag | Fever | Palp | DOE | Vomiting | Erectile | Jt Swell | Nevi | Numb | Helpless |
| Conjunc | | Nt Sweat | Syncope | Wheeze | Diarrhea | Dysuria | Claudica | Cancer | Tingle | Hopeles |
| Vision | | | Angina | Cough | Abd Pain | Nocturia | | | Jt Pain | Voices |
| | | | | | BRBPR | Incont | | | | |

### PE

| | wnl | abnl |
|---|---|---|
| Skin/Lymphatic | ☑ | ☐ |
| Eyes/ENT | ☑ | ☐ |
| Neck | ☑ | ☐ |
| Respiratory | ☑ | ☐ |
| Cardiovascular | ☑ | ☐ |
| GI/GU/Rectal | ☐ | ☐ |
| E | ☐ | ☐ |
| Neurologic | ☐ | ☐ |
| Muscle | ☐ | ☐ |
| Breast | ☐ | ☐ |
| External Genitalia | ☐ | ☐ |
| Vagina / Cervix | ☐ | ☐ |
| Corpus / Adnexa | ☐ | ☐ |

WDWN NAD

R&A Janu...

Ambulating c cane — R knee pain

T test 172

**Social:** Tobacco / ETOH / Drugs

**Family:** __ None

**Patient Education Discussed**
- Diet/Nutrition
- Exercise
- Medications
- Obesity
- Breast self-exam
- Family Planning
- Tobacco/Prev/Cessa
- Injury Prev. / Car Seat
- Diaper Rash / Eczema
- Constipation / Fever

**ASSESSMENT:**
1) DM
2) HTN
3) HPLD
4) R knee meniscus tear
Dysuria c Blood

**PLAN:** Refill Janumet (50/1000)² 60x6
Benicar (40/12.5)¹ 30x6
Con-firm PT c chin pull
✓ U/A → (+) BR
— VC of pelvic
Kidney...

☑ Instructed to call if problem persists
☐ Instructed to contact us or go to ER if PT develops high fever, inability to keep meds/fluid down or if pain/syms get worst

| EKG |
| UA |
| HCG |
| VISION |
| RPD STREP |
| THRT Cx |
| EAR WASH |

**Days:** ___
**FU Weeks:** ___
**Months:** ___

CBC w/diff · AMYLASE/LIPASE · Cx URINE
CHS · HIB A1C · H. PYLORI · Cx STOOL
PSA · LIPID pl · HEPATIC pl · Cx BLOOD
TSH · MONO · STOOL for BLOOD · O and P
HIV · ARTHR pl · UA w/MICRO · GC/CT urine

**REFERRAL** _____

**Signature:** _____

PATIENT-00287...