DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Vilasni Ganesh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VILASINI GANESH et al.,

        Defendants.
_____/

Case No. **CR 16-00211 LHK**

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**

I, Daniel Horowitz state of my personal knowledge as follows:

**A. Client Request that I Withdraw**

1. My client, Dr. Vilasini Ganesh has specifically asked me to withdraw. She did this

verbally and has confirmed in writing that this is her desire.

**B. Other Counsel Apparently Prepared to Appear**

2. Since September of 2017, Dr. Ganesh has been consulting with an attorney who is an experienced state law attorney.  This is public record as he appeared prior to the trial in this case and stated the above in open court to Judge Cousins.  This attorney has never returned my telephone calls, but despite this, I have some sense that he understands aspects of this case.  I base this statement on what he said to Judge Cousins, and from other non privileged material.  In addition, I have seen him attend some court hearings.  He stated to Judge Cousins that he helped author an e-mail from Dr. Ganesh to me, that outlined legal issues that she (he?) felt should be presented at the trial.  I am prepared to assist him fully if he becomes counsel of record.

3. Dr. Ganesh has also indicated that she has consulted with numerous other attorneys who are recommended by the California Medical Association.  She indicates that these attorneys are familiar with her case and have extensive experience in the area of billing issues.

**C. Financial Limitations of Client**

4. I do not believe that Dr. Ganesh can personally pay these attorneys.   She will either be able to obtain a loan from her mother or ask for CJA payment.

5. If CJA counsel is appointed, I can meet with that attorney and prepare him/her as much as is necessary in order to ensure proper continuing representation.  In my opinion, the legal and factual issues are well within the ability of experienced CJA counsel to handle between now and April 4, 2018.

**D. Steps to Minimize Prejudice**

6. I have taken steps to minimize prejudice to Dr. Ganesh if this motion is granted.  I have contacted officer Kyle Pollak who has been assigned this case at U.S. Probation.   I have set an initial interview for January 16, 2018 at 1:00 pm.  I have instructed Dr. Ganesh via e-mail, to sign the releases and to prepare the initial forms (subject to review by counsel).  I have filed some of my sentencing thoughts in Doc. 302 so that if counsel not particularly familiar with federal

**CR 16-00211 LHK**
**Declaration in Support of Motion to Withdraw**                                2

law takes the case, he/she will have at least some issues already outlined. If CJA counsel is appointed this would not be necessary but I attempted to protect the client in all circumstances. Obviously, there are many other sentencing issues and options besides those that I briefed.

7. I have had numerous conversations with Dr. Ganesh' brother regarding sentencing options and conduct requirements for Dr. Ganesh. On Friday, December 15, 2017, I met with him for almost two hours. He has always made his best efforts to assist his sister and he has promised to continue. However, he will be unavailable in January 2018.

**E. Reasons to Withdraw**

8. There exist issues in this case that are preventing me from providing assistance to Dr. Ganesh of the type and to the extent that she deserves and which I wish to provide. There are two issues that are roadblocks (plus her request for new counsel). I cannot be more specific without violating attorney-client privilege. I do not have client consent to breach privilege and I am not convinced that she is capable of determining whether a waiver is appropriate. Therefore I ask that this motion be granted without these facts being revealed or in a setting that provides absolute privilege for anything disclosed.

9. Once filed, I will provide a copy of this motion and declaration to Dr. Ganesh by email. I will ask her to acknowledge receipt and once that is done, I will file that acknowledgment.

I declare the above to be true and correct under penalty of perjury. Executed this 19th day of December, 2017 at Lafayette, California.

//s//_____
　　　　　　　　Daniel Horowitz
　　　　　　　　Attorney for Vilasini Ganesh

CR 16-00211 LHK
Declaration in Support of Motion to Withdraw              3