Ted W. Cassman
    Email: cassman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Vilasini Ganesh*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 16-211 LHK |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE OF TED |
| ) | W. CASSMAN FOR DEFENDANT |
| v. ) | VILASINI GANESH |
| ) | |
| VILASINI GANESH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ted W. Cassman of Arguedas, Cassman & Headley, LLP hereby appears as counsel of record on behalf of defendant Vilasini Ganesh in the above-captioned matter.  Ms. Ganesh requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

Ted W. Cassman
Email: cassman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Facsimile:   (510) 845-3003

Dated: January 8, 2018                    Respectfully submitted,


                                          _____/s/_____
                                          Ted W. Cassman
                                          ARGUEDAS, CASSMAN & HEADLEY, LLP
                                          Counsel for Vilasini Ganesh