UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VILASINI GANESH and GREGORY BELCHER,<br><br>    Defendants. | Case No. 16-CR-00211-LHK<br><br>**ORDER DENYING DEFENDANT BELCHER'S THIRD MOTION TO EXTEND TIME AND GRANTING IN PART AND DENYING IN PART DEFENDANT GANESH'S MOTION TO CONTINUE DATES**<br><br>Re: Dkt. Nos. 332, 335 |

The jury rendered its verdict in this case on December 14, 2017. ECF No. 300. Pursuant to Federal Rule of Criminal Procedure 29(c)(1), a defendant may move for a judgment of acquittal within 14 days after a guilty verdict, which in this case would be December 28, 2017. Pursuant to Federal Rule of Criminal Procedure 33(b)(2), any motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict, which in this case would be December 28, 2017.

Defendant Gregory Belcher's third Motion to Extend Time to File Defendant Belcher's Rule 29 Motion for Judgment of Acquittal and/or Rule 33 Motion for New Trial, ECF No. 335, is DENIED. Defendant Belcher's January 19, 2018 filing deadline remains as set. Plaintiff's

1

Case No. 16-CR-00211-LHK
ORDER DENYING DEFENDANT BELCHER'S THIRD MOTION TO EXTEND TIME AND GRANTING IN PART AND DENYING IN PART DEFENDANT GANESH'S MOTION TO CONTINUE DATES

February 2, 2018 response deadline remains as set. Defendant Belcher's sentencing remains on April 4, 2018 at 9:15 a.m.

Ted Cassman appeared as counsel of record for Defendant Vilasini Ganesh on January 9, 2018. ECF No. 321. Defendant Ganesh's Motion to Continue Dates for New Trial Motion and Sentencing, ECF No. 332, is GRANTED in part and DENIED in part. Defendant Ganesh's Rule 29 Motion for Judgment of Acquittal and/or Rule 33 Motion for New Trial shall be filed on February 28, 2018. Plaintiff's response shall be filed on March 26, 2018. The hearing, if any, shall be on April 10, 2018 at 2 p.m. Defendant Ganesh's sentencing is continued to April 25, 2018 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: January 17, 2018

_____
LUCY H. KOH
United States District Judge

2
Case No. 16-CR-00211-LHK
ORDER DENYING DEFENDANT BELCHER'S THIRD MOTION TO EXTEND TIME AND GRANTING IN PART AND DENYING IN PART DEFENDANT GANESH'S MOTION TO CONTINUE DATES