Ted W. Cassman
   Email: cassman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Facsimile:   (510) 845-3003

*Counsel for Vilasini Ganesh*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-211 LHK |
| Plaintiff, | DECLARATION OF TED W. CASSMAN IN SUPPORT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL MEMORANDUM |
| v. | |
| VILASINI GANESH, et al., | |
| Defendants. | |

I, Ted W. Cassman, declare as follows:

1. I am the attorney of record for Defendant Vilasni Ganesh in the above-referenced matter, having substituted in as her counsel on January 9, 2018, after trial.

2. On March 2, 2018, I filed a motion for judgment of acquittal and/or a new trial. The motion addressed several legal issues, including a contention that the insurers' source spreadsheets were erroneously admitted over defendants' objections. The new trial motion, by nature, did not address loss calculations or restitution. The government's opposition papers are due to be filed on March 26, 2018. A hearing, if any, is scheduled for April 10, 2018.

3. During the last week, I turned my attention to preparation for sentencing in the event the pending motion is denied. On Wednesday, March 7, 2018, I became aware that the government had made a presentation to the probation department concerning its calculations for Dr. Ganesh's offense of conviction. Included in that presentation were some (if not all) of the insurers' source spreadsheets that were introduced into evidence at trial.

4. Upon examining the source spreadsheets for purposes of determining the calculation of loss and restitution, I observed that several of the exhibits included data entries for claims that were not submitted for Dr. Ganesh and/or the Campbell Medical Group. Since then I have determined that the source spreadsheets included thousands of such entries.

5. For the reasons stated in the Supplemental Memorandum, I believe that the admission of these data entries without confrontation through cross examination or argument by counsel is demonstrative of the prejudice to defendants that resulted from admission of the source spreadsheets.

6. I therefore respectfully request that the Court grant the Administrative Motion to file the Supplemental Memorandum.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed this 9th day of March, 2018 in Berkeley, California.

                                                                                                   /S/
                                                                         Ted W. Cassman