Ted W. Cassman
    Email:  cassman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

Counsel for Vilasini Ganesh

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-211 LHK |
| Plaintiff, | DECLARATION OF TED W. CASSMAN RE:  MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| VILASINI GANESH, et al., | |
| Defendants. | |

# PUBLIC REDACTED VERSION

Ted W. Cassman
   Email: cassman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Counsel for Vilasini Ganesh*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-211 LHK |
| Plaintiff, | DECLARATION OF TED W. CASSMAN RE: MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| VILASINI GANESH, et al., | |
| Defendants. | |

I, Ted W. Cassman, declare as follows:

1. I am the attorney of record for Defendant Vilasni Ganesh in the above-referenced matter, having substituted in as her counsel on January 9, 2018, after trial. Daniel Horowitz was Dr. Ganesh's previous attorney and represented her during the trial.

2. I seek to file this declaration ex parte and under seal.

3. On Thursday March 30, 2018, Dr. Ganesh filed a sworn declaration with this Court in which she made numerous allegations against her previous attorney, Daniel Horowitz. It is evident from the text of the declaration that Dr. Ganesh received the assistance of an attorney in preparing it. ███████

███████████████████████████████████████

███████████████████████████

4. Dr. Ganesh filed that declaration without any prior notice to me.

5. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████

6. ███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████

7. ███████████████████████████████████████

███████████████████████████████████████

█████████████████████████████ On March 2, 2018, ██████

1. ██████████████████████████ I filed the motion for a judgment of acquittal and/or for a new trial without asserting a claim for inadequacy of counsel.

8. ████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
████████████████████████████

9. By filing the declaration on March 29, 2018, Dr. Ganesh ████████
████████████████████████████████████████ relied on the advice of a different attorney. Given these circumstances, Dr. Ganesh and I have an irreconcilable conflict.

10. Dr. Ganesh's conduct has rendered it unreasonably difficult for me to carry out the employment effectively and would require me to engage in conduct that is contrary to the judgment and advice of the member within the meaning of California Rule of Court 3-7000(C)(1)(d) and (e). I therefore request leave to withdraw.

11. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████ I have served Dr. Ganesh with copies of the motion and of the unredacted version of this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed this 2nd day of April, 2018 in Berkeley, California.

                                                         /s/
                                          Ted W. Cassman