# EXHIBIT 13

From: **Brad** bradpennington@comcast.net
Subject: **reference**
Date: **May 26, 2016 at 5:21:53 PM**

Dr. Ganesh,

I just read the paper about the indictment.
I am obviously shocked and in dis-belief.

If there is anything I can do to provide you a
reference on your behalf which counters
the claims made by the US Attorney General,
I'm happy to do it with my hand on a Bible in
front of a Judge.

I can provide 20 years of detailed evidence
in which your billing perfectly matches the
services provided; services that I hope will
continue for another 30 years.

From: **Kiran Sirupa** ksirupa@gmail.com
Subject: **Support for Dr. Vilasini Ganesh -**
Date: Oct 12, 2017 at 1:49:08 PM
To: Jeff.Nedro@usdoj.gov
Bcc: ganeshmd@icloud.com

Respected US Attorney Jeff Nedro,

Reg: Prosecution of Dr. Vilasini Ganesh

I, Kiran Sirupa, a resident of Dublin-CA, have been receiving medical care from Dr. Ganesh for the past 11 years. In the 11 years, Dr. Ganesh has consulted my family in simple as well as extremely complex medical conditions. In all these instances, we received exceptional care and we never faced any billing complaints from our insurer or employer.

Dr. Ganesh is pro-active and always ensured that all options are duly considered before taking any course of action. She has extensive connections in Bay Area and she used her network to provide best possible care for us. I've seen her work late evenings to assuage all the concerns and she is the most responsive doctor I have ever met.

I strongly support Dr. Ganesh and I request you to reconsider any claims against her. We definitely need smart, hard-working and conscientious persons such as Dr. Ganesh.

Sincerely,
Kiran Sirupa
Director, Products
Anuta Networks

From: Sandra sandramadn@gmail.com
Subject: Here's what I wrote
Date: Oct 17, 2017 at 2:56:26 PM
To: ganeshmd@icloud.com

Dear Mr. Delahaunty,

I am writing this letter as I feel that Dr. Ganesh is not being treated fairly.
I like to say she is a wonderful, caring and loving doctor. She cares greatly about her patients. I have been seen Dr. Ganesh for a while now.

I found out my PCP was going to retire from his practice and was in need for another PCP. My oldest son told me about Dr. Ganesh and I told my PCP and he said she's a great doctor. He was happy for me as he took good care of me with all my health issues.

When I made a consultation with Dr. Ganesh as a new patient, I can say I made the best decision. She is such a caring, loving and very helpful physician. Dr. Ganesh will listen and help you with your medical needs even if she needs to send you to a specialist.

Dr. Ganesh recommendations have been the best and I couldn't of asked for a better PCP. Doctors that take the time to evaluate their patients are the only doctors I will see. I won't put my life in a doctors hands that doesn't care. Dr. Ganesh is an extraordinary doctor and goes beyond to keep her patients well and alive.

Having fibromyalgia and being a breast cancer survivor, my immune system is not as strong as before. Dr. Ganesh is very knowledgeable and will be there for her patients.

I'm upset and appalled at the accusations towards Dr. Ganesh. How can such lies be said towards her? Reading the article on Dr. Ganesh, I will assume the insurance companies are slandering her. I worked many years in dealing with medical insurance companies and I know how greedy they can be.

All in all, I would like for Dr. Ganesh to come back to work and have all allegations removed from her name. I always stand by God knows all and knows

whose crooked. Me and my family miss Dr. Ganesh and appreciate to start seeing her as our PCP as we have in the past before all the allegations.

Sincerely
Sandra Madril

From: **Sinead Queen Borg** sineadborg@gmail.com
Subject: **sending love**
Date: May 26, 2016 at 11:05:27 AM

Hey no need to answer but wanted to let you know sending love for you guys and good thoughts and if you ever need a character witness testifying to how amazing you are as a doctor then count me and Jan in. Sending our love and if you need anything let me know, even to babysit or run errands.
love always
Sinead
408-679-3808

From: **Rosemarie Vierra** rosemarievierra@gmail.com
Subject: **Letter we sent via e-mail to U.S. Attorney's Office's to Mr. Patrick Delahunty and Mr. Jeff Nedro**
Date: Oct 15, 2017 at 1:31:05 PM
To: **VILASNI GANESH** ganeshmd@icloud.com

Dear Dr. Ganesh,

Both Jim and I are keeping you in our daily thoughts and prayers. We have been so devastated to have heard of all you legal troubles and want you to know you are not alone.

I emailed individual copies of the letter below addressed to each of the U.S. Attorneys: Mr. Patrick Delahunty and Mr. Jeff Nedro.


October 15, 2017

My name is Rosemarie C. Vierra and I am writing you on behalf of my husband and myself. It has been with deep saddness, shock and disbelief that we learned of all the medical accusations against our beloved doctor Vilasni Ganesh.

Dr. Ganesh has been our primary medical doctor for over the past 10 years. We began seeing her after Dr. Dewess retired from his practice with Campbell Medical Group. During the time we have been under her care we have been treated with great dignity, care and respect. We have never had a problem with insurance issues at our end. We do know that Dr. Ganesh would always fight for the best preventative and medical care that we have needed. The biggest issue we had with Dr. Ganesh is her time management. Dr. Ganesh is always late due to the extra time and care given to each of her patients. During our time with her she always has been an advocate for her patients making sure they get the best care possible within the parameters of our system.

It is with great sorrow that we have heard of the charges against our loving and caring doctor. We can only hope the truth of the situation will become clear and our dear doctor will be vindicated.

Sincerely,

Rosemarie C. Vierra and James E. Vierra

rosemarievierra@gmail.com

408 243-3005

03/30/2018

From: Maribel Robles

To: The Honorable Judge Lucy Koh

Re: Dr. Vilasni Ganesh

I became motivated to write this letter of support for Dr. Ganesh after receiving a letter from the Department of Justice regarding Drs. Belcher and Ganesh. I am a massage therapist and former employee of Dr. Belcher and my cousin Javier and I have been patients of Dr. Ganesh since May 2014; I have no complaints about either doctor.

It is with great pleasure that I write this letter in support of Dr. Vilasni Ganesh; she is a wonderful doctor. Dr. Ganesh has always given us the highest quality of medical care. She is very thorough and she addresses all of our medical needs. She is dedicated and compassionate; there were many times that she stayed after hours to make sure that we understood things and that we got the care that we needed. I have never had any billing disputes or had any suspicions of fraudulent activities; Our billings were all appropriate.

It is our hope that Dr. Ganesh will be able to continue to be our family physician and I would love to be able to continue to refer friends and family that are need of a Family Care physician.

Any questions, please contact me

Maribel Robles

From: luke tomasello luke.tomasello@outlook.com
Subject: I am so sorry
Date: Apr 29, 2018 at 9:10:27 PM
To: VILASNI GANESH ganeshma@icloud.com

Dear Vilasni,

I am so sorry you are going through all of this.
I went to Gregory's sentencing, and showed up April 25th for yours. I bought copies of my Yelp review of you and was going to speak at your sentencing. Unfortunately, the date was moved and I will be in Japan during your hearing.

What I was going to say is that you have been my doctor for the last 12 years and have been very happy with the care I received. I was then going to give a copy of my Yelp review to the Judge, and the read aloud what I wrote back in 2011.
I would then explain that I never changed my admiration for you.

You are, and will always be the "patients advocate". You always put patients first, and that can be denied by no one.
I found two reviews on Yelp that brought up the charges and I reported both of them as being inappropriate for Yelp.
One was removed, and one was not.

When you return to work, I am here.. your first patient.

God bless you and I wish you, Gregory, and your whole family all the best.
Luke Tomasello
408 300 3526

John E. McDonnal
3195 Dovela Way
San Jose, CA 95118

July 26, 2016

To Whom it May Concern:

    I have been a patient of Dr. Ganesh for more than six years. During this time I have never received statements from my healthcare providers stating that claims were being made by Campbell Medical Group or paid to Campbell Medical Group on my behalf.

Sincerely,

John E. McDonnal