# EXHIBIT 19

United States Department of Justice 

# OFFICES of THE
# UNITED STATES ATTORNEYS

U.S. Attorneys » Resources » U.S. Attorneys' Manual » Criminal Resource Manual » CRM 500-999 » Criminal Resource Manual 901-999

## 978. Health Care Fraud and Abuse Control Program and Guidelines

AS MANDATED BY THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996

Approved by:

Janet Reno, Attorney General, and Donna Shalala, Secretary, Department of Health and Human Services

Effective January 1, 1997

Introduction

Statement of Program Goals

Funding

Evaluation

Revisions

Definitions

I. COORDINATE FEDERAL, STATE, AND LOCAL LAW ENFORCEMENT PROGRAMS TO CONTROL FRAUD AND ABUSE WITH RESPECT TO HEALTH PLANS

II. CONDUCT INVESTIGATIONS, AUDITS, EVALUATIONS AND INSPECTIONS RELATING TO THE DELIVERY OF AND PAYMENT OF HEALTH CARE IN THE UNITED STATES

III. FACILITATE THE ENFORCEMENT OF THE CIVIL, CRIMINAL AND ADMINISTRATIVE STATUTES APPLICABLE TO HEALTH CARE

IV. PROVIDE INDUSTRY GUIDANCE, INCLUDING ADVISORY OPINIONS, SAFE HARBORS, AND SPECIAL FRAUD ALERTS RELATING TO FRAUDULENT HEALTH CARE PRACTICES

V. ESTABLISH A NATIONAL DATA BANK TO RECEIVE AND REPORT FINAL ADVERSE ACTIONS AGAINST HEALTH CARE PROVIDERS

VI. COORDINATION AND EXCHANGE OF INFORMATION

VII. HEALTH CARE FRAUD AND ABUSE CONTROL PROGRAM CONFIDENTIALITY PROCEDURES: PROVISION AND USE OF INFORMATION AND DATA

**Introduction:** The Health Insurance Portability and Accountability Act of 1996 establishes and funds a program to combat fraud and abuse committed against all health plans, both public and private. This legislation requires the Attorney General and the Secretary of Health and Human Services ("Secretary") to establish a Health Care Fraud and Abuse Control Program within the specific parameters set forth by the statute. Under the joint direction of the Attorney General and the Secretary (acting through the agency's Inspector General ("HHS-OIG")), the Health Care Fraud and Abuse Control Program is to achieve the following goals:

1. Coordinate Federal, State, and local law enforcement programs to control fraud and abuse with respect to health plans;

2. Conduct investigations, audits, evaluations, and inspections relating to the delivery of and payment for health care in the United States;

3. Facilitate the enforcement of the civil, criminal and administrative statutes applicable to health care;

4. Provide industry guidance, including advisory opinions, safe harbors, and special fraud alerts relating to fraudulent health care practices; and

5. Establish a national data bank to receive and report final adverse actions against health care providers.

To fund the program, the Act directs that an amount equalling recoveries from health care fraud investigations[FN1] be deposited in or transferred to the Federal Hospital Insurance Trust Fund ("Trust Fund"). Monies are then appropriated from the Trust Fund to a newly-created expenditure account, called the Health Care Fraud and Abuse Control Account ("Control Account"), in an amount the Attorney General and Secretary jointly certify are necessary to finance anti-fraud activities. Certain of these sums are available only for "activities of the Office of the Inspector General (OIG) of the Department of Health and Human Services, with respect to Medicare and Medicaid programs." To the extent that funds are not spent directly by the Departments of Health and Human Services and Justice on the establishment and operation of the Program, Control Account funds may be made available to others engaged in health care fraud control for purposes in furtherance of the Program.

In addition to establishing the Program, (as set forth in this overview), the Act directs the Attorney General and the Secretary to issue joint guidelines to carry out the Fraud and Abuse Control Program, including guidelines on the collection of information from health plans, and the preservation of the confidentiality of that information.

## Statement of Program Goals

The overall goal of the Health Care Fraud and Abuse Program is to further enable the identification, investigation and, where appropriate, prosecution of those individuals and entities

who commit fraud against the nation's health care delivery system. Also, the Program is to alert the public, service providers, industry groups, and consumers to such schemes; to identify systemic problems that permit fraud and abuse to occur and correct such vulnerabilities; to safeguard the confidentiality of health care information that is gathered for these law enforcement purposes; to educate consumers with the goal of preventing fraud and abuse; and to furnish the industry with guidance concerning permissible business practices arising from the provision of health care services and equipment.

Specifically, the goals of the Program are as follows:

1. **Coordinate Federal, State and local law enforcement programs to control fraud and abuse with respect to public and private health plans.**

   There are a wide range of entities at the federal, state and local levels responsible for enforcing the laws and regulations prohibiting fraud and abuse by the health care industry. These entities include criminal and civil prosecutors at the federal level, state prosecutors and Medicaid Fraud Control Units, to local prosecuting attorneys, regulatory agencies and licensing boards. While these entities may have jurisdiction over varying legal proscriptions, in the context of fraud against public or private health plans, they share one common goal: to detect and eliminate fraud and abuse by the health care industry.

   The program strives to maximize the effectiveness of these law enforcement programs by ensuring that there is both (1) adequate coordination on issues concerning enforcement policy as well as (2) appropriate sharing of information among law enforcement entities about specific law enforcement efforts. To these ends, the Attorney General and the Secretary shall establish specific guidelines to promote this coordination and shared information.

2. **Conduct investigations, audits, evaluations and inspections relating to the delivery of and payment for health care in the United States.**

   The heart of the law enforcement effort is the fact-gathering that must occur in the investigative and audit stage of each case. In addition, fact-gathering is important in the regulatory oversight of the various agencies which have jurisdiction over segments of the health care industry. Law enforcement as well as regulatory agencies at the federal, state and local levels are charged with the responsibility to conduct investigation, audits and inspections and to utilize the tools at their disposal to undertake these responsibilities.

   The program's mission is to encourage and to maximize the ability to conduct fact-gathering by both law enforcement and regulatory agencies by ensuring that methods are understood by those responsible for these tasks, to provide guidance on how to maximize the effectiveness of these tools, to encourage the sharing of information among those responsible for fact-gathering and to set forth other guidelines that will ensure that investigations, audits, evaluations and inspections are conducted in a timely and efficient manner.

3. **Facilitate the enforcement of the civil, criminal and administrative statutes applicable to health care.**


Centers for Medicare & Medicaid Services

Home > Medicare-Medicaid Coordination > Fraud Prevention > Provider Audits > Provider Audits

# Provider Audits

Section 1936 of the Social Security Act obligates the Centers for Medicare & Medicaid Services (CMS) to procure contractors to audit Medicaid claims and identify overpayments. To fulfill this statutory requirement, the Medicaid Integrity Program (MIP) has procured Audit Medicaid Integrity Contractors (Audit MICs) to conduct provider audits throughout the country.

**Medicaid Integrity Program Provider Audit Fact Sheet** - Provides information on the national Medicaid audit program to identify overpayments and to decrease the payment of inappropriate Medicaid claims. (Click on "Downloads" below.)

**Medicaid Integrity Contractors Procurement and Implementation Timeline** - Provides procurement status for review & audit MICs. (Click on "Downloads" below.)

**Medicaid Integrity Contractors Presentation** - Provides information on the MICs and the national Medicaid provider audit program. (Click on "Downloads" below.)

## Downloads

Medicaid Integrity Program Provider Audit Fact Sheet [PDF, 27KB]

Medicaid Integrity Contractors Procurement & Implementation Timeline [PDF, 71KB]

Medicaid Integrity Program Contractors Presentation [PDF, 61KB]

Page last Modified: 05/10/2012 1:09 PM

Help with File Formats and Plug-Ins

CMS.gov   A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services. 7500 Security Boulevard, Baltimore, MD 21244

