# EXHIBIT 20

**Pending Charges**

| | Date of Arrest | Charge | Agency | Disposition |
|---|---|---|---|---|
| 80. | 01/05/2017 (Age 46) | 148.5(a) PC - Falsely Reporting a Crime (misdemeanor); Case No.: C1651653 | Santa Clara County Sheriff's Office, San Jose, CA | 4/18/2018: Pre-Trial Status Hearing |

According to an incident report prepared by the Los Gatos Police Department, on April 1, 2016, an officer was dispatched on a report of a prior fraud. The officer made contact with Vilasini Ganesh, who reported that in 2015, she hired two Asian men with TP Construction to do remodeling work at her residence located at 22000 Dorsey Way, in Saratoga, California. Ganesh reported that between February 2015 and July 2015, she paid the victims in two checks, $140,000 to complete various jobs. Ganesh reported several jobs were started, but not completed.

On May 21, 2016, the Santa Clara County Sheriff's Office took over the investigation of suspected contractor fraud and met with Ganesh at her residence in Saratoga. Ganesh provided the deputy with 17 pages of documents showing unfinished construction work and copies of checks paid to TP Construction. The deputy conducted a walk-through of the residence and noticed incomplete electrical work, but otherwise, the house appeared complete and livable. The deputy also noticed the checks appeared to be altered, specifically in regard to the date. It appeared as though the 2015 date had been written over to read 2016. The deputy compared the checks to the checks Ganesh provided to the Los Gatos Police Department on April 1, 2016, and the checks were the same, with the exception of the hand edit where 2015 was turned into 2016.

The deputy interviewed Young Tran, one of the owners of TP Construction, who reported that he prepared a multi-page contract to perform plumbing, framing, stucco, insulation, sheetrock, painting, and electrical work. Ganesh provided him with a verbal consent to start work, but never signed the contract. Mr. Tran reported delays in the work due to non-payment and reported he was over $100,000 in debt for work performed without payment. It was ultimately determined that Ganesh's claims were unfounded because TP Construction was licensed and they did perform work but was not paid in full.

**Other Arrests**

81.   None.

to **Ganesh's** patients or **Ganesh** performed services on dates when no patients were actually seen.

44. Based on a review of claims submitted by **Ganesh** for dates of service where no patients were actually seen, and for claims under the name of Dr. DeWees, as if care was provided by Dr. DeWees, the FBI determined that from 2008 through 2014, a total of $935,773 was paid to **Ganesh** as outlined in the table below:

| Health Care Benefit Plan | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Aetna | $563 | $598 | $3,043 | $13,675 | $10,076 | $11,965 | $5,436 | | $45,356 |
| Blue Shield | | | $506 | $4,233 | $14,109 | $500 | | | $19,348 |
| Cigna | | | $280 | | | $74 | $159 | $101 | $614 |
| United Health Care | | | | | | | $5,574.15 | | $5,574.15 |
| Anthem Blue Cross | $787 | $366 | $136,768 | $$281,779 | $185,346 | $80,128 | $4,698 | | $689,874 |
| Noridian | $11,988 | $13,299 | $22,034 | $40,552 | $31,971 | $34,669 | | | $154,512 |
| Blue Cross/Blue Shield of AL | | | $740 | $6,415 | $4,317 | $2,827 | | | $14,298 |
| Blue Cross/Blue Shield of MN | | | | | $2,028 | $307 | | | $2,335 |
| Optum | $712 | $472 | $1,067 | $557 | $352 | $623 | $79 | | $3,862 |
| | | | | | | | | Total: | $935,773 |

45. Pursuant to USSG §1B1.3(a)(1)(A), the offense level under Chapters Two and any Adjustments under Chapter Three shall be determined based on all acts and omissions committed, aided, abetted, counseled, commanded, induced, procured, or willfully caused by the defendant.  From 2008 through 2015, **Ganesh** committed a scheme to defraud various health care benefit plans by submitting numerous claims for dates of services when no patients were actually seen on the dates, as well as submitting numerous claims under Dr. DeWees' name when Dr. DeWees had not worked at the Campbell Medical Group since approximately 2006.

46. For guideline purposes, **Ganesh** will be held accountable for the entire amount noted above in Paragraph 44 ($935,773).  As Belcher admitted to only submitting bills for **Ganesh** from 2010 through 2013, will be held accountable for a loss of $827,433.

2400360759

**OLD REPUBLIC TITLE COMPANY**
ESCROW TRUST ACCOUNT 02 - 24

**2400360759**

ESCROW NO.: 0224036264-NS

Issue Date: February 23, 2016

SELLER/BUYER: Gregory Belcher
PROPERTY: 22000 Dorsey Way, Saratoga, California 95070
PAYMENT FOR: TP Construction

CHECK TOTAL                                                                                      224,000.00

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

DETACH HERE          RETAIN THIS STATEMENT          DETACH HERE



**OLD REPUBLIC TITLE COMPANY**

Downtown
601 California Street, Suite 900
San Francisco, CA 94108
(415) 421-9770

City National Bank
Treasury Services Deposits
La Palma, CA 90623

**2400360759**

16-1606/1220

ESCROW NO.  0224036264-NS                                February 23, 2016

PAY TO THE ORDER OF   Two Hundred Twenty Four Thousand and 00/100 DOLLARS            $224,000.00

TP Construction

VOID AFTER 120 DAYS - INVALID OVER $1,000,000
ESCROW TRUST ACCOUNT 02 - 24