# EXHIBIT- 21





