**EXHIBIT- 25**

# Experience

Assistant United States Attorney
United States Attorney's Office, Northern District of California
September 2012 – Present (5 years 9 months) | San Francisco Bay Area

Assistant United States Attorney, S.D. Cal.
U.S. Attorney's Office
August 2008 – August 2012 (4 years 1 month) | Greater San Diego Area
Major Frauds and Special Prosecutions

Associate
Sullivan & Cromwell LLP
February 2004 – July 2008 (4 years 6 months) | Palo Alto, CA
Litigation

Associate
Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates
September 2001 – February 2004 (2 years 6 months) | Palo Alto, CA
Sign inJoin now

Amie Rooney
Assistant United States Attorney at United States Department of Justice
San Francisco Bay Area360
Law Enforcement



## Insurance Group of the Year: Skadden

By **Rick Archer**

January 25, 2018, 4:14 PM EST

The insurance mergers and acquisitions practice at Skadden Arps Slate Meagher & Flom LLP had a busy 2017, shepherding clients through $17.8 billion in deals — including some groundbreaking international transactions — to earn its spot as one of Law360's Practice Groups of the Year.