1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   PATRICK R. DELAHUNTY (CABN 257439)
5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5045
       FAX: (408) 535-5066
8      Email: Jeff.nedrow@usdoj.gov
       Email: Patrick.delahunty@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,              )  CASE NO. 16-CR-00211 LHK
                                           )
15         Plaintiff,                      )  UNITED STATES' MOTION TO STRIKE ECF NO.
                                           )  439
16     v.                                  )
                                           )
17  VILASINI GANESH,                       )
                                           )
18         Defendant.                      )
                                           )

19

20

21

22

23

24

25

26

27

28

GOV. MOT. TO STRIKE ECF NO. 439
CASE NO. 16-CR-211 LHK

1    The United States of America, by and through its attorneys of record, herein moves to strike

2    defendant Dr. Vilasini Ganesh's filing submitted on May 25, 2018.  *See* ECF No. 439.

3  **I.      Introduction**

4    Ganesh, apparently without her attorney's involvement, manually filed a fifteen-page document

5    purporting to be a motion on May 25, 2018.[1]  The purported motion was accompanied by 27

6    attachments, a number of which reflect confidential medical information of Ganesh's patients.  *See e.g.*

7    ECF No. 439 at Exh. 6.  Particularly concerning is Exhibit No. 9.  Ganesh purports that this exhibit is a

8    thumbdrive that reflects the patient medical histories of approximately 4400 patients (the government

9    has not been able to review the actual thumbdrive to confirm the assertion).  *See* ECF No. 439 at p. 4

10   (Ganesh describing thumbdrive).

11   The parties have attempted to meet and confer regarding this issue.  Meet and confer is ongoing,

12   but the government, for the reasons below, believes that it is must timely move to protect the privacy of

13   Ganesh's patients notwithstanding the meet and confer efforts and any outcome they may produce.

14  **II.     Argument**

15   Patient medical histories, billing information, and personal protected information should not be

16   in the public record.  *See* Crim. LR 56-1 (sealing appropriate where good cause supports sealing

17   request); *see also Standards for Privacy of Individually Identifiable Health Information*, 45 C.F.R. parts

18   160 and 164, promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996

19   ("HIPAA"); *see also* 45 C.F.R. §§ 164.501 (defining "protected health information") and 160.103

20   (defining "individually identifiable health information").  Disclosure of confidential health information

21   in this case would cause serious harm to the privacy interest of the patients referenced throughout this

22   trial as recognized under HIPAA and related regulations.  Additionally, guidance from the Northern

23   District of California (via its publically accessible website) also indicates such information should be

24   redacted and removed from the public record.  *See* http://www.cand.uscourts.gov/ECF/redaction

25   (viewed on January 11, 2018).

26

27   ———————————
     [1] The Court has previously admonished Ganesh about filing documents in this case without her
28   attorney's involvement.

GOV. MOT. TO STRIKE ECF NO. 439
CASE NO. 16-CR-211 LHK

1

1    Ganesh's filing does not protect the privacy interests of her patients.  As a result, the government

2  requests that the Court strike the filing, without prejudice, and allow Ganesh to refile in accord with the

3  Court's local rules, general order, and the controlling case law.

4

5  DATED: June 4, 2018                                    Respectfully submitted,

6                                                         ALEX G. TSE
                                                          Acting United States Attorney
7
                                                          /s/
8                                                         JEFFREY NEDROW
                                                          PATRICK R. DELAHUNTY
9                                                         Assistant United States Attorneys

10

11

12                                              ORDER

13    Based upon the pleadings in this case and for good cause shown therein, the COURT HEREBY

14  ORDERS that ECF No. 439 (filed by Dr. Vilasini Ganesh on May 25, 2018) is STRUCK without

15  prejudice.  The Clerk of the Court shall remove it from the docket and the public record.  Dr. Ganesh

16  may refile the pleading provided she complies with the local rules, the Court's general orders, and the

17  controlling case law regarding privacy concerns of third parties.

18

19

20  DATED:

21                                                         HON. LUCY H. KOH
                                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

GOV. MOT. TO STRIKE ECF NO. 439
CASE NO. 16-CR-211 LHK
2