# Mark A. Flores



| | |
|---|---|
| **Office Address:** | Office PH (213) 355-3900 |
| **307 Parkman Ave.** | Cell (323) 578-8308 |
| **Los Angeles, CA 90026** | Email:mark@avym.com |

## EDUCATION

California State University of Los Angeles Los Angeles, CA     1985-1989
**Bachelor of Arts Degree**
**Major-Communications; Persuasion and Rhetoric**

## PROFESSIONAL EXPERIENCE

Avym Corporation Los Angeles, CA     Jan 2011-Present
VP/Co-Founder

- *Co-Founder of leading provider of consulting services focusing on the resolution of denied or disputed medical insurance claims by participating in the nation's first ERISA PPACA Claims Appeals Certification program. Offering comprehensive and customized consulting services.*

YF Corporation Los Angeles, CA     Oct-2007-Jan 2011
Business Director-Appeals Department

- *Consulting for revenue based organizations in the medical industry including PPACA claims appeals, overpayment request appeals, Low/No-Pay Appeals, UCR Appeals, Medical Nec. Denial Appeals, Overpayment offsets and Dead Claims Recoupment. On-site staff training and continuous education.*

## COMMUNITY INTERESTS/MEMBERSHIPS

**Los Angeles Police Department Rampart division**     **Volunteer**
- Cause-Social Services

**Let The Kids Grow Foundation**     **Donor**
- Cause-Children

**Los Angeles City Neighborhood Council**     **President**
- Cause-Politics

**Los Angeles Area Chamber of Commerce**     **Member**

- Cause-Economic Empowerment

**Town Hall Los Angeles** **Member**
- Cause-Social Services

**Los Angeles Mission** **Donor**
- Cause-Poverty Alleviation


## **PROFESSIONAL PROFILE**

***San Jose Neurospine v. CA Physician's Service; Highmark***
*Case No.16-cv-29696868, 2016; County of Santa Clara, State of CA*
*Nature of case: Provider suit against payor for unpaid/underpaid medical claims. Expert/Litigation Support for the Plaintiff*

***Acclaim Recovery Management, LLC v. Newport Beach Center for Surgery, LLC et al***
*Case No. 2017 BC645094; County of Los Angeles, State of CA*
<u>*Nature of case*</u>*: Breach of contract claim re billing services; counter-claim of fraudulent inducement. Expert/Litigation Support for the Plaintiff; Defendant on Cross Complaint*

***Armijo, et al v. International Longshore Workers Union-PMA Coastwise Indemnity Plan, Trustees, et al***
*Case No. 2:15-cv-1403, 2015; US District Court for the Central District of CA*
*Nature of case: ERISA Class Action, claim for benefits, breach of fiduciary duties, removal of Trustees. Expert/Litigation Support for the Plaintiff*

***Ralph Mayer MD, Lutz Surgical Partners, PLLC and NYC Corrective Chiro Care, PC, v. Aetna Inc. and Aetna Life Insurance Co***
*Case No. 2:14-cv-08266, 2014; US District Court for the Central District of CA*
*Nature of case: ERISA Class Action, claim for benefits, breach of fiduciary duty, injunctive relief. Expert/Litigation Support for the Plaintiff*

***Premier Health Center, PC et al v. UnitedHealth Group, et al***
*Case No. 2:11-cv-00425, 2012; US District Court of New Jersey*
*Nature of case: ERISA Class Action, claim for benefits, breach of fiduciary duty, injunctive relief. Expert/Litigation Support for the Plaintiff*

## **ACHIEVEMENTS**

- *Mark is Co-founder of Avym Corporation, Healthcare Revenue and Recovery, specializing in ERISA/PPACA claims appeals and reimbursement compliant issues.*
- *Certified PPACA/ERISA Medical Claim Appeals Specialists-Private Certification through erisaclaim.com, Dr. Jin Zhou-Mark was a pioneer in completing the privately run, Certified ERISA PPACA Medical Claims Appeals Specialist program, and has dedicated himself to ensuring ERISA/PPACA medical claims are adjudicated properly, advocating for patient rights and offering consultative services in ERISA and PPACA compliance issues through Provider's Bill of Rights*
- *Mark actively writes about health care issues that affect patients, employers and medical providers of all types and has been cited or quoted in numerous industry newsletters, resource links and mainstream publications, including Forbes, MiraMed Focus and BenefitsLink.*

- *Mark has been called one of the most influential people in ERISA/PPACA medical claims appeals and is regularly consulted on issues ranging from individual claims to large class action lawsuits.*
- *As a White House Champions of Change PPACA Program nominee, Mark designed and implemented first of its kind Out Of Network Healthcare Reimbursement Compliance Program (OHR), focusing on OON Reimbursements, Reimbursement Compliance Risk Management and Claim Denial solutions exclusively for OON entities.*
- *Collaborated with the industry's premier ERISA medical claims specialist, or "Godfather of ERISA" to create the nation's 1st <u>Fiduciary Overpayment Recovery</u> programs designed to assist self-insured health plans recover and protect self-insured plan assets. These innovative and groundbreaking programs are unique and unlike any other traditional health plan overpayment auditing programs and are designed to recover alleged overpayments, that have been recouped by the TPA's from medical providers, but have not been restored or refunded to the ERISA self-insured health plan assets as required under ERISA statutes and fiduciary responsibilities.*
- *Mark is a father of two great kids, husband & wine enthusiast. He has travelled around many of the world's most prominent wine regions as well as lesser known, up and coming regions in search of great wine.*