**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VILASINI GANESH,<br><br>　　　　　Defendant. | Case No. 16-cr-00211 LHK (NC)<br><br>ORDER RE: RULE 17 SUBPOENAS<br><br>Re: ECF 450 |

　　On June 20, the Court denied defendant Ganesh's application for Rule 17 subpoenas to the insurance company crime victims. ECF 448. The order stated: "The denial is without prejudice to a newly-filed application that is much more specific" and assures that the crime victims have been notified. ECF 448 at p. 3.

　　Ganesh on June 22 filed a "Supplement" to the original application. ECF 450. The Supplement attaches a resume and affidavit of a defense expert. *Id.* Ganesh, however, has not filed a new application and the Court does not have a subpoena or proposed order before it that it might approve (or deny). Any new application should address the relevance, admissibility, and specificity of the proposed subpoenas. Additionally, the Court queries whether the information sought is relevant, if the government takes the position that it is not including claimed (but not paid) amounts in the loss amount calculation. ECF 451-1 at p. 1.

Case No. 16-cr-00211 LHK (NC)

1   IT IS SO ORDERED.

2   Date: June 25, 2018

  _____
3   Nathanael M. Cousins
    United States Magistrate Judge