**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VILASINI GANESH,<br><br>    Defendant. | Case No. 16-cr-00211 LHK (NC)<br><br>ORDER RE: SECOND APPLICATION FOR RULE 17 SUBPOENAS<br><br>Re: ECF 453 |

On June 20, the Court denied defendant Ganesh's application for Rule 17 subpoenas to the insurance company crime victims. ECF 448. The order stated: "The denial is without prejudice to a newly-filed application that is much more specific" and assures that the crime victims have been notified. ECF 448 at p. 3.

Ganesh on June 22 filed a "Supplement" to the original application. ECF 450. The Court ordered that Ganesh should instead a new application, and that the new application should address the relevance, admissibility, and specificity of the proposed subpoenas. Additionally, the Court queried whether the information sought is relevant, if the government takes the position that it is not including claimed (but not paid) amounts in the loss amount calculation. ECF 451-1 at p. 1. ECF 452.

Ganesh then filed a Second Application for Rule 17 Subpoenas to the same insurance

Case No. 16-cr-00211 LHK (NC)

company crime victims. ECF 453. The government opposed the application. ECF 454. The Court now considers whether the Second Application meets the *Nixon* standards previously articulated. The notice problem discussed as to the initial application has been satisfied.

I find that the Second Application fails to establish the relevancy, admissibility, and specificity of the materials requested. The recipient cannot reasonably assess what information is being sought. In addition, Ganesh has not articulated why with due diligence she could not have obtained this information before trial, or why she needs it now to respond to the information already in the record as to the loss amount. ECF 454.

For these reasons, the Second Application is DENIED.

IT IS SO ORDERED.

Date: June 29, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge