**Federal Bureau of Investigation**

**Improper Claim Summary: Claims Submitted as Dr. Dewees**

**Claims Submitted by Dr. Ganesh Using Dr. Dewees as the Rendering Physician**

| Insurer | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Grand Total |
|---|---|---|---|---|---|---|---|
| ANTHEM* | 0 | 135,050 | 280,037 | 185,346 | 71,338 | x | 671,771 |
| BSC | x | x | 944 | 3,303 | 11,140 | 195 | 15,582 |
| AETNA | x | x | 1,150 | x | x | x | 1,150 |
| CIGNA | x | 196 | x | x | x | x | 196 |
| OPTUM* | x | 0 | x | 0 | x | x | 0 |
| *Grand Total* * | *0* | *135,246* | *282,131* | *188,649* | *82,478* | *195* | *688,698* |

**Notes:**

1 - A zero indicts that a claim was made but not paid.

x- Government is unaware of claims being submitted as Dr. Dewees being rendering physician.

**Exhibit/Document proving claim:**

   15a - 003265 - Aetna Part 1- siu43070

   38b - Copy of PIIDMS-24-923_Subpoena

   39a - Final Campbell Med Grp, Kuhlman, Riley & Dewees_092414

   39c - Final Edward C. Dewees III, MD only _092414

   40b - R_1983A_20150410-36638_CW

   42e - GALAXY 3 SORTED 09232014

   42f - GALAXY 4 SORTED 09232014