

Wm. Michael Whelan, Jr. <whelanlaw@gmail.com>

## Follow up to Spreadsheet

**Wm. Michael Whelan, Jr.** <whelanlaw@gmail.com>											Wed, Jul 18, 2018 at 7:23 PM
To: Wm Michael Whelan Jr <whelanlaw@gmail.com>

Mr. Whelan: The initial report is based on a sampling of the information provided in the 38b spreadsheet, with respect to TIN 94-2443735.

The assessment was done by separating "Fully Insured" claims from "Alternate Funded" claims as indicated on the spreadsheet column "BT" titled "Funding". "Fully Insured" claims represent claims that were paid by the insurance company directly. "Alternate Funded" claims represent claims that were paid by a self-insured health plan and not the insurance company. As such, because the identify of the "Alternated Funded" entities, or health plans, is not provided it cannot be ascertained whether the insurance companies are still contracted and with authority to keep the amounts that were paid by the unidentified health plans nor can an "identifiable victim" be established.

All claim line items that did not have check numbers, as indicated on column "AS" titled "CHK NBR", were determined to be non-payments, based on the fact any payments MUST have a check number (or some other type of tracking number) regardless of whether the claim was paid with a paper check or electronic funds transfer (EFT).

The remainder of our report for the entire 38b spreadsheet for TIN number 94-2443757 should be completed by tomorrow afternoon.


Mark Flores
ERISA Claim Appeal and Compliance Specialist
Healthcare Revenue & Consulting
Vice President/Co-Founder
(213) 355-3900-PH
(213) 355-3999-FX
www.avym.com

"Do not go where the path may lead, go instead where there is no path and leave a trail."
R.W. Emerson


Privileged And Confidential Information
This electronic transmission and any documents attached hereto (i) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (ii) may contain confidential information, and (iii) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of a message received in error is strictly prohibited.