UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   18-10133 |
| Plaintiff-Appellee, | D.C. No. 5:16-cr-00211-LHK-2 |
| v. | Northern District of California, San Jose |
| GREGORY LAMONT BELCHER, | |
| Defendant-Appellant. | ORDER |

Before:  TASHIMA and GRABER, Circuit Judges.

Appellant's motion for bail pending appeal (Docket Entry No. 9) is granted. Appellant has shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released.  Appellant has also shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed," or a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.  *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

KAM/MOATT

The matter is remanded to the district court for the limited purpose of establishing appropriate conditions of release.

The briefing schedule established previously remains in effect.