AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

United States of America
                Plaintiff (s),

V.

Vilasni Ganesh, et al.
                Defendant (s),

**NOTICE OF PROPOSED
CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __CR 16-0211-LHK__

Notice is hereby given that, subject to approval by the court, __Vilasni Ganesh__ substitutes
                                                                             (Party (s) Name)

__Sang Hui Michael Kim__, State Bar No. __203491__ as counsel of record in
(Name of New Attorney)

place of __Wm. Michael Whelan, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Womble Bond Dickinson (US) LLP
    Address:              1841 Page Mill Road, Suite 200, Palo Alto CA 94304
    Telephone:          (408) 720-3485         Facsimile
    E-Mail (Optional):   michael.kim@wbd-us.com

I consent to the above substitution.
Date: __8/8/208__                                             /s/
                                                                           (Signature of Party (s))

I consent to being substituted.
Date:                                                     See Attached Declaration
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __August 8, 2018__                          /s/ Michael Kim
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]