Wm. Michael Whelan, Jr., Esq.. [CA Bar No. 112190]
95 S. Market Street, Suite 300
San Jose, California  95113
(650) 319-5554 telephone
(415) 522-1506 facsimile
whelanlaw@gmail.com

Attorneys for Defendant
VILASNI GANESH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-16-211-LHK |
| Plaintiff, | |
| vs. | **DECLARATION OF WM. MICHAEL WHELAN, JR. IN RESPONSE TO ECF 498** |
| VILASNI GANESH, | **Date:  August 28, 2018, 10:30 a.m.** |
| Defendant. | |

COMES NOW Wm. Michael Whelan, Jr., court-appointed attorney of record for defendant Vilasni Ganesh and hereby submits his declaration in response to ECF 498, the government's Notice of Potential Conflict of Interest of Defense Counsel.

I was court-appointed to represent defendant Vilasni Ganesh on April 6, 2016.  ECF 408.

On or about June 6, 2018, I learned that attorney Lisa Rasmussen represented Dr. Belcher on appeal.

-1-

Later in June 2018, I learned that Dr. Ganesh had a civil lawyer named Heather Gibson in a civil action she filed against one of the alleged insurer victims in the captioned case.

On July 24, 2018, I noted on ECF that attorney Rasmussen filed a new trial motion on behalf of Dr. Belcher.  ECF 491.

On or about June 28, 2018, attorney Gibson and the client requested that I be present for, and raise 5th Amendment objections at, a civil deposition of Dr. Ganesh that was being scheduled soon before her sentencing date of July 25, 2018.  I refused to do so since the NDCA Criminal Justice Act Panel would likely not reimburse me for such representation and the significant preparation time (review of the entire civil proceedings and discovery) it would take to effectively represent the client at this civil deposition.

Thereafter, I heard nothing about the final scheduling, nor occurrence of, Dr. Ganesh's civil deposition, until a few days before the government filed its Notice of Potential Conflict.  AUSAs Nedrow and Delahunty contacted me by telephone sharing their knowledge that Lisa Rasmussen had represented Dr. Ganesh, along with attorney Gibson, at Dr. Ganesh's civil deposition that went forward on July 24.  I advised the prosecutors that I had no knowledge of the occurrence of the deposition nor attorney Rasmussen's representation of Dr. Ganesh at that civil deposition.

On August 14, 2018, attorney Rasmussen forwarded to me via email the attached waiver of conflict document attached hereto as an Exhibit.

///

///

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Date:  August 16, 2018

_____
WM. MICHAEL WHELAN, JR.
Attorney for Defendant Vilasni Ganesh

WM. MICHAEL WHELAN, JR.
ATTORNEY AT LAW
95 S. MARKET STREET, SUITE 300
SAN JOSE, CALIFORNIA 95113
(650) 319-5554