UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VILASINI GANESH,<br><br>Defendant. | Case No. 16-CR-00211-LHK-1<br><br>**ORDER GRANTING DEFENDANT GANESH'S MOTION FOR BAIL PENDING APPEAL AND STAYING DEFENDANT'S DATE OF SELF-SURRENDER**<br><br>Re: Dkt. No. 539 |

Before the Court is Defendant Ganesh's October 19, 2018 Motion for Release Pending Appeal.[1] ECF No. 539; *see* 18 U.S.C. § 3143(b)(1)(B). The government opposed Defendant's motion on October 26, 2018. ECF No. 541. Defendant raises some issues similar to those of her codefendant Gregory Lamont Belcher, for whom the Ninth Circuit granted bail pending appeal. ECF No. 479. Having considered the papers submitted, the relevant law, and the record in this case, the Court finds that Defendant has met her burden of showing that she is entitled to bail pending appeal. *See United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985). The Court

---

[1] Defendant's date of self-surrender is November 1, 2018, and she has not yet surrendered, so the Court construes Defendant's motion as a motion for bail pending appeal.

1
Case No. 16-CR-00211-LHK-1
ORDER GRANTING DEFENDANT GANESH'S MOTION FOR BAIL PENDING APPEAL
AND STAYING DEFENDANT'S DATE OF SELF-SURRENDER

therefore GRANTS Defendant's motion. Defendant's November 1, 2018 date of self-surrender is STAYED during the pendency of the appeal. This matter is referred to United States Magistrate Judge Nathanael M. Cousins for the purpose of establishing appropriate conditions of release.

**IT IS SO ORDERED.**

Dated: October 29, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge